IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY COOPER, on behalf of O.K., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:10-cv-197-MEF |
| ) | WO |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The defendant's objection (Doc. #17) to the Recommendation of the Magistrate Judge filed on April 28, 2011 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #16) filed on April 18, 2011 is adopted;

3.  The ALJ's decision is not supported by substantial evidence and proper application of the relevant law, and therefore, the decision of the Commissioner is REMANDED for further proceedings consistent with the Recommendation of the Magistrate Judge.

DONE this the 3rd day of June, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE